MAUREEN E. MCCLAIN, Bar No. 062050
MATTHEW P. VANDALL, Bar No. 196962
SHANNON M. GIBSON, Bar No. 256634
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
Email:          mmcclain@littler.com
                    mvandall@littler.com
                    sgibson@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR TREE STORES, INC., aka DOLLAR TREE STORES, DOES 1 TO 10,<br><br>    Defendant. | Case No.  3:10-CV-04492 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>[F.R.C.P. 12(b)(1), (6) and 12(e)]<br><br>Hearing Date:  December 16, 2010<br>Time:  8:00 a.m.<br><br>Complaint Filed: July 28, 2010 |

On December 16, 2010, Defendant DOLLAR TREE STORES, INC.'s Motion To Dismiss, Or In the Alternative, Motion For A More Definite Statement ("Motion to Dismiss"), came on regularly for a hearing in the above-captioned matter.

Having considered the Motion to Dismiss, oral argument thereon, and all papers submitted in support of and in opposition to the Motion to Dismiss, the Court hereby GRANTS WITH LEAVE TO AMEND Defendant's Motion to Dismiss Plaintiff's statutory claims (first, second, and third causes of action) on the basis that the Court lacks subject matter jurisdiction. Plaintiff ANGELA ALLEN ("Plaintiff") failed to exhaust her administrative remedies prior to filing

[PROP.] ORDER GRANTING DEF'S MOT. TO DISMISS, OR IN THE ALTERNATIVE, MOT. FOR A MORE DEFINITE STATEMENT    1.    Case No. 3:10-CV-04492 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

her Complaint; thus, we have no authority to decide her claims for discrimination, harassment, and/or retaliation. *See Holland v. Union Pac. R.R. Co.*, 154 Cal.App.4th 940, 945 (2007).

The Court directs that if Plaintiff chooses to amend her Complaint after perfecting jurisdiction that she do so in compliance with the pleading requirements set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) by alleging specific facts which plausibly give rise to a valid claim for relief. As currently stated, Plaintiff's claims for discrimination, harassment, and retaliation fall short of those requirements. Further, Plaintiff's statutory claims for relief must be dismissed to the extent they are premised upon Plaintiff's sexual relationship with her former manager Jamie Wells and/or Plaintiff's association with Wells, as neither consensual sexual relationships nor associations with an individual are protected by the Fair Employment and Housing Act.

Additionally, the Court hereby GRANTS WITH LEAVE TO AMEND Defendant's motion to dismiss Plaintiff's fourth, fifth, and sixth causes of action on the basis that Plaintiff has failed to state a claim upon which relief may be granted for wrongful termination in violation of public policy, as well as breach of an implied-in-fact contract and/or covenant of good faith and fair dealing. Plaintiff has not plead sufficient facts to allow the Court to reasonably conclude that the allegations contained in her Complaint are more than a sheer possibility. In other words, Plaintiff's pleading does not withstand scrutiny under the standards of either *Twombly* or *Iqbal*.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), Plaintiff's Complaint is hereby dismissed with leave to amend. Plaintiff shall be granted ( __ ) days leave to amend the Complaint.

IT IS SO ORDERED.

DATE: _____

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Firmwide:97910167.1 061603.1017

| [PROP.] ORDER GRANTING DEF'S MOT. TO DISMISS, OR IN THE ALTERNATIVE, MOT. FOR A MORE DEFINITE STATEMENT | 2. | Case No. 3:10-CV-04492 WHA |