| | |
|---|---|
| 1 | MAUREEN E. MCCLAIN, Bar No. 062050 |
| | MATTHEW P. VANDALL, Bar No. 196962 |
| 2 | SHANNON M. GIBSON, Bar No. 256634 |
| | LITTLER MENDELSON |
| 3 | A Professional Corporation |
| | 650 California Street |
| 4 | 20th Floor |
| | San Francisco, CA  94108.2693 |
| 5 | Telephone:   415.433.1940 |
| | Facsimile:   415.399.8490 |
| 6 | Email:   mmcclain@littler.com |
| | mvandall@littler.com |
| 7 | sgibson@littler.com |

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA ALLEN, | Case No.  3:10-CV-04492 WHA |
| Plaintiff, | **ERRATUM WITHDRAWING ARGUMENT IN DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** |
| v. | |
| DOLLAR TREE STORES, INC., aka DOLLAR TREE STORES, DOES 1 TO 10, | [F.R.C.P. 12(b)(1), (6) and 12(e)] |
| Defendant. | Hearing Date:  December 16, 2010<br>Time:  8:00 a.m. |
| | Complaint Filed:  July 28, 2010 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

ERRATUM CORRECTING ARGUMENT IN DEFENDANT'S MOTION TO DISMISS AND ALT. MOTION FOR A MORE DEF. STATEMENT

1.

Case No. 3:10-CV-04492 WHA

Defendant DOLLAR TREE STORES, INC filed its Motion to Dismiss, or, in the Alternative, Motion for a More Definite Statement on October 14, 2010 ("Motion to Dismiss"). The Motion to Dismiss includes an argument that Plaintiff ANGELA ALLEN ("Plaintiff") failed to exhaust her administrative remedies prior to filing her Complaint. (Motion to Dismiss at pp. 7:2-8:4.) That argument was based on a September 9, 2010 Right to Sue Notice from the Department of Fair Employment and Housing (the "DFEH"). On November 8, 2010, Michael C. Cohen, Esq., one of Plaintiff's counselors of record, provided Dollar Tree's counsel with a copy of a July 7, 2010 Right to Sue Notice issued to Plaintiff by the DFEH. After reviewing the July 7, 2010 Right-to-Sue Notice, Defendant withdraws its argument that Plaintiff's Complaint should be dismissed on the ground that she failed to exhaust her administrative remedies prior to initiating this lawsuit. The assertion of this argument was made by counsel for Dollar Tree in good faith based upon an erroneous understanding of Plaintiff's pursuit of administrative remedies. To correct this problem, counsel for Dollar Tree is filing with this Erratum an Errata Notice of Motion and Motion and Memorandum of Points and Authorities in Support of Motion to Dismiss Or, in the Alternative, Motion for a More Definite Statement that omits the exhaustion argument. Dollar Tree is also filing an Errata Proposed Order and withdrawing the Declaration of Matthew P. Vandall in Support of Defendant's Motion to Dismiss, Or In the Alternative, For a More Definite Statement filed on October 14, 2010.

Dated: November 9, 2010

Respectfully submitted,

/S/ Matthew P. Vandall
Matthew P. Vandall
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC..

Firmwide:98563551.1 061603.1017

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ERRATUM CORRECTING ARGUMENT IN
DEFENDANT'S MOTION TO DISMISS AND ALT.
MOTION FOR A MORE DEF. STATEMENT

2.

Case No. 3:10-CV-04492 WHA