MAUREEN E. MCCLAIN, Bar No. 062050
MATTHEW P. VANDALL, Bar No. 196962
SHANNON M. GIBSON, Bar No. 256634
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
Email:        mmcclain@littler.com
              mvandall@littler.com
              sgibson@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA ALLEN,<br><br>         Plaintiff,<br><br>    v.<br><br>DOLLAR TREE STORES, INC., aka DOLLAR TREE STORES, DOES 1 TO 10,<br><br>         Defendant. | Case No.  3:10-CV-04492 WHA<br><br>***ERRATA* [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS,  OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>[F.R.C.P. 12(b)(1), (6) and 12(e)]<br><br>Hearing Date:  December 16, 2010<br>Time:  8:00 a.m.<br><br>Complaint Filed:  July 28, 2010 |

On December 16, 2010, Defendant DOLLAR TREE STORES, INC.'s Motion To Dismiss, Or In the Alternative, Motion For A More Definite Statement ("Motion to Dismiss"), came on regularly for a hearing in the above-captioned matter.

Having considered the Motion to Dismiss, oral argument thereon, and all papers submitted in support of and in opposition to the Motion to Dismiss, the Court hereby GRANTS WITH LEAVE TO AMEND Defendant's Motion to Dismiss Plaintiff's statutory claims (first, second, and third causes of action) to the extent they are premised upon a consensual sexual

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

*ERRATA* [PROP.] ORDER GRANTING DEF'S MOT.
TO DISMISS, OR IN THE ALTERNATIVE, MOT.
FOR A MORE DEFINITE STATEMENT

1.

Case No. 3:10-CV-04492 WHA

1    relationship between Plaintiff and her former supervisor, Jaime Wells, or Plaintiff's association with

2    Mr. Wells on the ground that Plaintiff has failed to state a claim upon which relief may be granted

3    because the referenced conduct is not protected by California's Fair Employment and Housing Act.

4    *See* Cal. Govt. Code § 12940(a) (prohibiting discrimination in the terms or conditions of

5    employment based upon sex, race, age, religion, color, national origin, ancestry, marital status,

6    physical or mental disability, medical condition, or sexual orientation); *see also* Cal. Govt. Code §

7    12940(j)(1) (prohibiting harassment because of these same enumerated characteristics). The

8    Complaint does not allege a *quid pro quo* theory of harassment and Mr. Wells has not been sued as

9    an individual defendant in this action. Hence, there is no viable claim for relief asserted against

10    Defendant under the FEHA in Plaintiff's first, second and third causes of action.

11      Additionally, the Court hereby GRANTS WITH LEAVE TO AMEND Defendant's

12    motion to dismiss Plaintiff's fourth, fifth, and sixth causes of action on the basis that Plaintiff has

13    failed to state a claim upon which relief may be granted for wrongful termination in violation of

14    public policy, as well as breach of an implied-in-fact contract and/or covenant of good faith and fair

15    dealing. Plaintiff has not plead sufficient facts to allow the Court to reasonably conclude that the

16    allegations contained in her Complaint are more than a sheer possibility. In other words, Plaintiff's

17    pleading does not withstand scrutiny under the standards of either *Twombly* or *Iqbal*.

18      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

19      Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), Plaintiff's Complaint is hereby

20    dismissed with leave to amend. Plaintiff shall be granted ( __ ) days leave to amend the Complaint.

21      IT IS SO ORDERED.

22

23    DATE: _____

24

25

26          WILLIAM ALSUP
            UNITED STATES DISTRICT JUDGE

27    Firmwide:97910167.1 061603.1017

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

*ERRATA* [PROP.] ORDER GRANTING DEF'S MOT.
TO DISMISS, OR IN THE ALTERNATIVE, MOT.
FOR A MORE DEFINITE STATEMENT

2.

Case No. 3:10-CV-04492 WHA