IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA ALLEN,

    Plaintiff,

  v.

DOLLAR TREE STORES INC., aka DOLLAR TREE STORES, DOES 1 to 10,

    Defendants.

No. C 10-04492 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference.

**IT IS SO ORDERED.**

Dated: December 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE