1  MAUREEN E. MCCLAIN, Bar No. 062050
   MATTHEW P. VANDALL, Bar No. 196962
2  SHANNON M. GIBSON, Bar No. 256634
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street
4  20th Floor
   San Francisco, CA  94108.2693
5  Telephone:    415.433.1940
   Facsimile:    415.399.8490
6  Email:        mmcclain@littler.com
                 mvandall@littler.com
7                sgibson@littler.com

8  Attorneys for Defendant
   DOLLAR TREE STORES, INC.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13  ANGELA ALLEN,                      Case No.  3:10-CV-04492 WHA

14              Plaintiff,             **DEFENDANT'S NOTICE OF
                                       ADMINISTRATIVE MOTION AND
15       v.                            MOTION SEEKING CLARIFICATION OF
                                       COURT'S ORDER GRANTING
16  DOLLAR TREE STORES, INC., aka,     DEFENDANT'S MOTION TO DISMISS**
    DOLLAR TREE STORES, DOES 1 to 10,
17
                                       Complaint Filed:  July 28, 2010
18              Defendant.

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEF'S MOT. SEEKING CLARIFICATION
OF COURT'S ORDER GRANTING DEF.'S
MOT. TO DISMISS

Case No. 3:10-cv-04492 JWA

**TO THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant DOLLAR TREE STORES, INC. ("Defendant" or "Dollar Tree") hereby moves that this Court grant Defendant's Motion for Administrative Relief Seeking Clarification of the Court's Order Granting Defendant's Motion to Dismiss and Vacating Hearing dated December 8, 2010 ("Dismissal Order"). (Dkt. #20.) This relief is sought under Civil Local Rule 7-11 on the grounds that the Order appears to inadvertently omit several words and thereby raises a question as to the Court's expectations for the parties going forward in this lawsuit.

Defendant's Motion is based on this Notice of Motion and Motion, Memorandum of Points and Authorities, Declaration of Shannon M. Gibson, the pleadings and papers on file in this action, and any oral argument the Court may permit.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION AND SUMMARY OF FACTS

On December 8, 2010, the Court issued its Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint.  Pursuant to the Dismissal Order, the Court granted Defendant's Motion to Dismiss in its entirety, dismissed without prejudice all claims asserted by Plaintiff, and instructed Plaintiff to file a motion seeking leave to amend her Complaint, along with a copy of the proposed amended Complaint, by December 22, 2010. (*Id.*, p. 4:2-6.)

Defendant has identified two potential omissions from the Dismissal Order which are now disputed by the parties and which may substantively affects the Parties' obligations and the relief granted Defendant by the Order.  First, Defendant believes that page 3, lines 6-8 should read as follows:  "In addition, plaintiff's complaint does *not* contain enough details to determine that plaintiff's claims are not time-barred" (emphasis added).  Second, Defendant believes that page 4, lines 6-7 should read as follows:  "If no motion is filed by the deadline, this case will be dismissed *with prejudice*" (emphasis added).  Defendant sought to amend the Dismissal Order by stipulation; however, Plaintiff has not agreed to the changes.  Hence, Defendant seeks clarity from the Court to avoid further litigation concerning the terms of the Dismissal Order in this, or any other, forum. (*See* Decl. of Shannon M. Gibson ("Gibson Decl."), Exhs. 2 and 3.)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEF'S MOT. SEEKING CLARIFICATION
OF COURT'S ORDER GRANTING DEF.'S
MOT. TO DISMISS

1.

Case No. 3:10-cv-04492 JWA

1     Thus, Defendant respectfully asks this Court to issue an amended Order clarifying its

2     intentions with respect to these issues.

## II.     LEGAL ARGUMENT

4     Civil Local Rule 7-11 permits a Party to seek relief from this Court "with respect to

5     miscellaneous administrative matters, not otherwise governed by a federal statute, Federal or local

6     rule or standing order of the assigned judge." As there is no other governing statute, local rule, or

7     standing order that would afford the relief sought, Defendant has properly filed this motion.

8     Read in context, the first proposed change to the Court's order is necessary to clarify

9     the reasons why the Court has granted Defendant's motion, and what is expected of Plaintiff in

10     amending her Complaint. Omission of the word "not" is likely an inadvertent typographical error.

11     Since the Court states elsewhere that Plaintiff "fails to cite a single legal authority" and "asserts legal

12     conclusions that are not plausible," Defendant presumes that the Court intended to state that

13     "Plaintiff's Complaint does *not* contain enough details to determine that Plaintiff's claims are not

14     time-barred." (Dismissal Order, p. 3:5-9.) Additionally, the Court encourages Plaintiff to "avoid

15     asserting legal conclusions *and instead provide detailed facts* plausible enough to support the claims

16     alleged in her complaint." (*Id.*, p. 4:9-11; emphasis added.) Encouraging Plaintiff to provide

17     detailed facts would be unnecessary if she had, in fact, provided such details in her original

18     Complaint.

19     Although the Court's Dismissal Order grants Defendant's Motion to Dismiss *without*

20     *prejudice*, Defendant does not believe the Court intends to provide Plaintiff with multiple

21     opportunities to amend her Complaint now that the pleading deficiencies have been identified.

22     Hence, Defendant respectfully requests the Court amend the Dismissal Order if that change is

23     consistent with Court's original intention. *See, e.g., Allen v. City of Beverly Hills*, 911 F.2d 367, 374

24     (9th Cir. 1990) (finding that the failure to supply new facts within an amended complaint supports

25     denial of further leave to amend).

26     ///

27     ///

28     ///

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

**DEF'S MOT. SEEKING CLARIFICATION OF COURT'S ORDER GRANTING DEF.'S MOT. TO DISMISS**     2.     **Case No. 3:10-cv-04492 JWA**

1    **III.**    **CONCLUSION**

2        For the reasons described above, Dollar Tree's motion seeking clarification with

3 respect to the Court's Dismissal Order, should be granted.

4 Dated: December 17, 2010

5                       /s/ Shannon M. Gibson
                       MATTHEW P. VANDALL

6                        SHANNON M. GIBSON
                       LITTLER MENDELSON, PC

7                        Attorneys for Defendant
                       DOLLAR TREE STORES, INC.

Firmwide:99229029.1 061603.1017