United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOLLAR TREE STORES, INC., also known as DOLLAR TREE STORES,<br><br>　　　　Defendant.　　　　　　　　　　／ | No. C 10-4492 WHA<br><br>**ORDER DENYING AS MOOT MOTION FOR MISCELLANEOUS RELIEF** |

　　　Defendant moved for miscellaneous relief, requesting clarification of two items in the order granting defendant's motion to dismiss (Dkt. No. 20). That order set forth a procedure by which plaintiff could seek leave to file an amended complaint. Pursuant to that procedure, and just before the motion for miscellaneous relief came ripe, plaintiff moved for leave to file an amended complaint. As such, the issues raised in the motion for miscellaneous relief are more properly raised in response to the new motion, if it is in fact opposed. Accordingly, defendant's motion for miscellaneous relief is **DENIED AS MOOT**.

　　　**IT IS SO ORDERED.**

Dated: December 22, 2010.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE