**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ALLEN, | No. C 10-04492 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DOLLAR TREE STORES, INC., also known as DOLLAR TREE STORES, | |
| Defendant. / | |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Dollar Tree Stores, Inc. and against plaintiff Angela Allen. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE