```
Michael Cohen, Esq., Bar No. 65487
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, California   94612
(510) 832-6436
Attorneys for Plaintiff/Appellant
```

**FILED**
2011 FEB 18 A 11:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA ALLEN, | Case No. C-10-4492 **WHA** |
| Plaintiff, | (Alameda No. RG 10528000) |
| vs. | **NOTICE OF APPEAL FROM** |
| DOLLAR TREE STORES, INC., | **JUDGMENT** |
| aka DOLLAR TREE STORES, and | |
| DOES 1-10 | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES TO THE CAPTIONED CASE AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT plaintiff Angela Allen appeals from the judgment entered January 20, 2011, in the captioned case.

Date: 2/16/11

*Michael C. Cohen*

LAW OFFICE OF MICHAEL C. COHEN

Attorney for Appellant

By Michael C. Cohen, Esq.

|    |                                                                                                                                                                                                 |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | **CERTIFICATE OF SERVICE**                                                                                                                                                                       |
| 2  | I, Joel Harmon, declare that:                                                                                                                                                                    |
| 3  | I am employed in the County of Alameda, City of Oakland, California. I am over the age of 18 years and not a party to the within cause; my business address is 1814 Franklin Street, Suite 900, Oakland, CA 94612. |
| 5  | February 18, 2011, I served the attached:                                                                                                                                                        |
| 6  | PLAINTIFF ANGELA ALLEN'S NOTICE OF APPEAL FROM JUDGMENT Re; Allen v. Dollar Tree Stores, Inc. United States District Court Northern Division No. C-10-4492 WHA.(Alameda County No. 10528000)    |
| 8  | on the interested parties in said action, by placing true copy thereof as indicated below as follows:                                                                                            |
| 10 | **Maureen E. McClain**                                                                                                                                                                           |
|    | **Matthew P. Vandall**                                                                                                                                                                           |
| 11 | **Shannon M. Gibson**                                                                                                                                                                            |
|    | **Littler Mendelson**                                                                                                                                                                            |
| 12 | **A Professional Corporation**                                                                                                                                                                   |
|    | **650 California Street, 20th Floor**                                                                                                                                                            |
| 13 | **San Francisco, CA 94108-2693**                                                                                                                                                                 |

1  **CERTIFICATE OF SERVICE**

2  I, Joel Harmon, declare that:

3  I am employed in the County of Alameda, City of Oakland,
4  California. I am over the age of 18 years and not a party to the within cause; my business address is 1814 Franklin Street, Suite
5  900, Oakland, CA 94612.

6  February 18, 2011, I served the attached:

7  PLAINTIFF ANGELA ALLEN'S NOTICE OF APPEAL FROM JUDGMENT Re; Allen v. Dollar Tree Stores, Inc. United States District Court Northern Division No. C-10-4492 WHA.(Alameda County No. 10528000)

8  on the interested parties in said action, by placing true copy
9  thereof as indicated below as follows:

10  **Maureen E. McClain**
    **Matthew P. Vandall**
11  **Shannon M. Gibson**
    **Littler Mendelson**
12  **A Professional Corporation**
    **650 California Street, 20th Floor**
13  **San Francisco, CA 94108-2693**

14

15  [ ]      **BY MAIL:** I caused such envelope with postage thereon
              fully prepaid to be placed in the United States mail,
16            in the Oakland, California.

17  [xx]     **BY PERSONAL SERVICE:** I caused such envelope to be
              delivered by hand on the office(s) of the address(s).
18

    [ ]      **BY FEDERAL EXPRESS:** I caused such envelope to be deliv-
19            ered to Federal Express for overnight courier service
              to the office(s) of the addressee(s).
20

    [ ]      **BY FACSIMILE:** I caused a copy of such document to be
21            sent via facsimile transmission to the office(s) of the
              addressee(s).
22

    I declare under penalty of perjury under the laws of the
23  State of California that the foregoing is true and correct, and
    that this Proof of Service was executed in Oakland, California on
24  February 18, 2011

25

26                                          _____
                                            Joel Harmon
27

28                              -1-