# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 11-15425          U.S. District Court Case No. C10-04492 WHA

Short Case Title  Allen v. Dollar Tree Stores

Date Notice of Appeal Filed by Clerk of District Court

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(attach additional page for designations if necessary)

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Michael C. Cohen
LAW OFFICES OF MICHAEL C. COHEN
1814 Franklin Street Suite 900
Oakland CA 94612

Date Transcript Ordered  March 21, 2011

*(signature)*
Signature Attorney/Pro Per Litigant

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.c
         court reporter

Arrangements for payment were made on _____ .

**NOTE TO COURT REPORTER**

(1) When designation is received, contact attorney regarding payment.
(2) Complete this copy and send to the court reporter supervisor.
(3) Complete and file copy #3 with the court reporter supervisor upon completion of the transcript.

COPY TWO